UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PETER KOFI ANNAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:15cv1558 |
| ) | |
| LORETTA LYNCH, ) | |
| Attorney General, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## AGREED ORDER

Plaintiff Peter Kofi Annan brings the instant civil action pursuant to 8 U.S.C. § 1421(c), which provides that an individual may seek review of the denial of his or her application for naturalization in a United States District Court. Counsel for the parties have conferred, and have agreed both (1) that the action can be adjudicated on cross-motions for summary judgment, and (2) on a schedule for the briefing of, and oral arguments on, such motions.

Accordingly, for good cause shown, it is hereby

ORDERED that, on or before January 19, 2016, defendants shall file the administrative record of proceedings before United States Citizenship and Immigration Services; it is further

ORDERED that, on or before February 9, 2016, plaintiff shall file his motion for summary judgment, along with a memorandum of law in support of the motion; it is further

ORDERED that, on or before March 1, 2016, defendants shall file their own motion for summary judgment, along with a single memorandum of law containing arguments both in support of their motion and in opposition to plaintiff's motion for summary judgment; it is further

ORDERED that, on or before March 15, 2016, plaintiff will file a single memorandum of law containing arguments in opposition to defendants' motion for summary judgment and reply arguments in further support of plaintiff's motion for summary judgment; it is further

ORDERED that, on or before March 28, 2016, defendants will file a single memorandum of law containing reply arguments in support of their own motion for summary judgment; and it is further

ORDERED that all parties shall notice their respective motions for oral argument on April 1, 2016, at 10:00 a.m.

Date: January 15, 2016

/s/
Anthony J. Trenga
United States District Judge
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY

_/s/ Dennis C. Barghaan, Jr._
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

Date: January 7, 2016

ATTORNEY FOR DEFENDANTS

_/s/_ , AUSA w/ permission for:
RANDALL L. JOHNSON
Johnson & Associates, P.C.
2000 Clarendon Boulevard, Suite 201
Arlington, Virginia 22201
Telephone: (703) 516-4400
Fax: (703) 516-9089
Email: rl.johnson@verizon.net

Date: January 7, 2016

ATTORNEY FOR PLAINTIFF

RECEIVED

2016 JAN -7 P 4: 03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA