IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PETER KOFI ANNAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15cv1558 (AJT/MSN) |
| ) | |
| LORETTA LYNCH, *Attorney General* ) | |
| *of the United States of America, et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

Upon consideration of the parties' cross-motions for summary judgment and for the reasons stated in the accompanying Memorandum Opinion [Doc. No. 24], it is hereby

ORDERED that plaintiff's Motion for Summary Judgment [Doc. No. 10] be, and the same hereby is, GRANTED and defendants' Motion for Summary Judgment [Doc. No. 12] be, and the same hereby is, DENIED; and it is further

ORDERED that the final decision of the United States Citizenship and Immigration Services, dated July 24, 2015, denying plaintiff's application for naturalization, be, and the same hereby is, REVERSED and VACATED; and it is further

ORDERED that plaintiff's application for naturalization be, and the same hereby is, REMANDED to the United States Citizenship and Immigration Services for further proceedings consistent with this Order and accompanying Memorandum Opinion [Doc. No. 24].

The Clerk is directed to enter judgment in favor of plaintiff Peter Kofi Annan and against defendants pursuant to Federal Rule of Civil Procedure 58 and to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 23, 2016