# EXH. 1

<u>Affidavit of Peter Kofi Annan</u>

I make the following sworn statement:

1. My name is Peter Kofi Annan.

2. I make this affidavit in support of my motion for attorney's fees and expenses incurred in my representation before the United States District Court for the Eastern District of Virginia.

3. I am a private individual and my net worth does not, nor has it ever, exceeded $2,000,000.

4. I previously retained Randall L. Johnson and Jasmin Tohidi of Johnson & Associates, P.C. to represent me in this matter.

5. I authorize the recovery of fees and expenses to my attorney in order to compensate them for work performed on my behalf.

6. I assign any attorney's fees and expenses for my case to Randall L. Johnson.

7. To the best of my knowledge, I do not owe any debt to the United States government.

_____
Peter Kofi Annan

Signed and sworn before me on the 15th day of November, 2016 in Arlington, Virginia.

_____
Notary Public

DIANA TERESA YILDIRIM
NOTARY PUBLIC
REGISTRATION # 7633855
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
SEPTEMBER 30, 2019

09/30/2019
My commission expires