# EXH. 2

<u>Affidavit of Jasmin Tohidi</u>

I make the following sworn statement:

1. My name is Jasmin Tohidi. I am an attorney licensed to practice in the Commonwealth of Virginia. I am employed by the law firm Johnson & Associates, PC located at 2000 Clarendon Blvd, Suite 201, Arlington, Virginia 22201. My practice is specialized in immigration and nationality law.

2. I am the attorney of record for petitioner Peter Kofi Annan in the matter of Annan v. Lynch et al., case number 15-1558 (AJT/MSN), in the United States District Court for the Eastern District of Virginia, Alexandria Division.

3. I am familiar with the financial situation of Mr. Annan. His worth is less than $2,000,000.

4. Below is a time log detailing the hours I spent on this case. This time log is based on contemporaneously kept records of work performed, and it accurately reflects the time spent on this case. I have reviewed this time log and have exercised billing judgment in compiling this time log. The time listed below was reasonable and necessary to the litigation of Mr. Annan's claims:

| Date | Hours | Activity |
| --- | --- | --- |
| 09/15/2015 | 1 | Draft Complaint; Met with Client |
| 11/10/2015 | 2 | Draft complaint |
| 11/18/2015 | 3 | Draft complaint; Researched |
| 11/19/2015 | 1 | Finalized Complaint |
| 11/20/2015 | .5 | Served Summons and Complaint on Defendants |
| 12/3/2015 | .25 | Met with Client re: denial of IFP |
| 01/05/2016 | .25 | Spoke to Opposing Counsel and Set Briefing Deadlines |
| 01/06/2016 | .1 | Reviewed briefing schedule and submitting agreed order |
| 01/30/2016 | .75 | Research for motion for summary judgment |
| 02/01/2016 | 1 | Research for motion for summary judgment |
| 02/04/2016 | 1.75 | Drafted motion for summary judgment |
| 02/05/2016 | 1 | Drafted motion for summary judgment |
| 02/09/2016 | 2.5 | Finalized and filed motion for summary judgment |
| 02/29/2016 | .2 | Reviewed corrected administrative record |
| 03/10/2016 | .75 | Reviewed Defendant's motion for summary judgment/opposition |
| 03/11/2016 | 1 | Drafted opposition to Defendant's motion for summary judgment/reply |
| 03/14/2016 | 1.5 | Drafted opposition to Defendant's motion for summary judgment/reply |
| 03/15/2016 | 2 | Filed and finalized Drafted opposition to Defendant's motion for summary judgment/reply |
| 03/29/2016 | 2.5 | Reviewed reply brief/prepared for motions hearing |
| 03/30/2016 | 3 | Prepared for motions hearing |

| | | |
|---|---|---|
| 03/31/2016 | .5 | Motions hearing on cross-motions for summary judgment |
| 11/17/2016 | 1.5 | Drafted motion for EAJA fees |
| | | |
| **Total:** | **28.05** | |

5. I affirm under penalty of perjury that all of the foregoing statements are true and correct to the best of my knowledge.

_____
Jasmin Tohidi

11/18/16
Date