# EXH. 3

<u>Affidavit of Randall L. Johnson</u>

I make the following sworn statement:

1. My name is Randall L. Johnson. I am an attorney licensed to practice in the Commonwealth of Virginia. I am the owner and senior attorney of the law firm Johnson & Associates, PC located at 2000 Clarendon Blvd, Suite 201, Arlington, Virginia 22201. My practice is specialized in immigration and nationality law.

2. I am the lead attorney of record for petitioner Peter Kofi Annan in the matter of Annan v. Lynch et al., case number 15-1558 (AJT/MSN), in the United States District Court for the Eastern District of Virginia, Alexandria Division.

3. I am familiar with the financial situation of Mr. Annan. His net worth is less than $2,000,000.

4. Below is a time log detailing the hours I spent on this case. This time log is based on contemporaneously kept records of work performed, and it accurately reflects the time spent on this case. I have reviewed this time log and have exercised billing judgment in compiling this time log. The time listed below was reasonable and necessary to the litigation of Mr. Annan's claims:

| Date | Hours | Activity |
| --- | --- | --- |
| 11/19/2015 | .5 | Reviewed complaint prior to filing |
| 11/20/2015 | .5 | Filed complaint in person |
| 12/4/2015 | .5 | Paid fee after denial of IFP |
| 02/09/2016 | .3 | Reviewed summary judgment |
| 03/15/2016 | .5 | Reviewed response to Defendant's motion for summary judgment |
| 03/30/2016 | .5 | Review arguments for motions hearing |
|  |  |  |
| **Total:** | **2.8** |  |

5. I affirm under penalty of perjury that all of the foregoing statements are true and correct to the best of my knowledge.

_____          __11/18/16_____
Randall L. Johnson                                                    Date