UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PETER KOFI ANNAN, </br></br> Plaintiff, </br></br> vs. </br></br> LORETTA LYNCH, </br> Attorney General, *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:15cv1558 </br> ) </br> ) </br> ) </br> ) </br> ) |

### ORDER

Upon consideration of defendants' consent motion for a two-day enlargement of time, it is hereby

ORDERED that defendants' consent motion is GRANTED; it is further

ORDERED that, on or before December 7, 2016, defendant shall file its memorandum in opposition to plaintiff's motion for attorney's fees in the above-captioned action.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Date: 12/2/16

_____
UNITED STATES MAGISTRATE JUDGE