IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PETER KOFI ANNAN,                                )
                                                 )
                Plaintiff,                       )
                                                 )
        v.                                       )
                                                 )        Civil Action No. 1:15cv1558 (AJT/MSN)
LORETTA LYNCH, *Attorney General*                )
*of the United States of America, et al.*,       )
                                                 )
                Defendants.                      )
                                                 )

## ORDER

On Friday, December 16, 2016, the Court held a hearing on Plaintiff's Motion for

Attorney's Fees [Doc. No. 27] (the "Motion"). Upon consideration of the Motion, the

memoranda of law in support thereof and in opposition thereto, the arguments of counsel, and for

the reasons stated in open court during the December 16, 2016 hearing, it is hereby

ORDERED that Plaintiff's Motion for Attorney's Fees [Doc. No. 27] be, and the same

hereby is, DENIED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

                                                /s/
                                        _____
                                        Anthony J. Trenga
                                        United States District Judge

Alexandria, Virginia
December 16, 2016